# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:07-cv-07144-FMC-SHx | Date | April 25, 2008 |
|---|---|---|---|
| Title | Dolores Brown v. Ronald Lee Bartholomew | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     ORDER TO SHOW CAUSE re SANCTIONS    (In Chambers)

Defendants are ordered to appear on **May 5, 2008, at 10:00 a.m.** to show cause why sanctions should not be imposed for their failure to comply with this Court's February 27, 2008, Order requiring the filing of an Answer no later than April 10, 2008.   This Order to Show Cause will be discharged upon the filing of an Answer before May 5, 2008.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |